**Order entered April 14, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00074-CV

### IN RE HON. KIM COOKS, Relator

### Original Proceeding from the 256th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-10014998-Z

### ORDER
Before Justices Schenck, Nowell, and Garcia

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    ERIN A. NOWELL
       JUSTICE